IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STACY McKINLEY )
)
v. ) No. 3-13-0883
)
BANK OF AMERICA; RECONTRUST )
COMPANY; and GREEN TREE )
SERVICING, LLC )

O R D E R

The parties' joint motion to continue the initial case management conference (Docket Entry No. 18) is GRANTED.

The initial case management conference, originally scheduled on October 15, 2013, is RESCHEDULED to **Tuesday, November 12, 2013, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

As provided in the orders entered September 3, 2013, September 17, 2013, and September 27, 2013 (Docket Entry Nos. 4, 10, and 16), the stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, was lifted.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer about any modifications to the proposed initial case management order filed by the defendants (Docket Entry No. 17), and shall prepare a revised proposed, joint initial case management order, including the plaintiff's theory of the case, insertions and modifications. If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe it is not

necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the revised proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

By orders entered September 17, 2013, and September 27, 2013 (Docket Entry Nos. 10 and 16), defendant Green Tree Servicing, LLC ("Green Tree") was directed to file, prior to the initial case management conference, an amended notice of removal or a separate notice of the citizenship of the members of defendant Green Tree, drilled down to either individuals or corporations, to confirm that this Court has diversity jurisdiction in accord with 28 U.S.C. § 1332. Defendant Green Tree has not yet made such a filing.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge