IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STACY McKINLEY | ) | |
| | ) | |
| v. | ) | No. 3-13-0883 |
| | ) | |
| BANK OF AMERICA; RECONTRUST | ) | |
| COMPANY; and GREEN TREE | ) | |
| SERVICING, LLC | ) | |

O R D E R

Pursuant to the order entered March 21, 2014 (Docket Entry No. 25), counsel for the parties called the Court on March 27, 2014, at which time the plaintiff's counsel reported that the plaintiff's ex-husband has not yet executed an assignment of any interest that he has in the property at issue but that she has no reason to believe that he will not sign the assignment in the near future. Plaintiff's counsel also reported that the plaintiff and her new husband have begun the process to apply for a new loan on the property. If the plaintiff obtains a new loan, counsel represented that she will agree to dismiss this lawsuit.

Counsel for the parties shall convene a telephone conference call with the Court on **Wednesday, June 4, 2014, at 10:00 a.m.,** to be initiated by plaintiff's counsel, to address whether the plaintiff has been approved for a new loan and/or has closed on the loan or scheduled the closing, and whether the plaintiff's ex-husband has executed an assignment of any interest he has in the property.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge